UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KORY DAMONT WILSON** | **CIVIL ACTION NO. 3:16-CV-1321** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **CALDWELL CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's request for a hearing, contained in his objections [Doc. No. 10] is **DENIED**.

**MONROE, LOUISIANA, this 17th day of January, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE